# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-26828M |
| Pablo Ceballos-Bojorquez | Citizenship: MEXICO |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

COUNT 1: On or about May 14, 2018, at or near Nogales, Arizona, in the District of Arizona, Pablo CEBALLOS-Bojorquez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on August 28, 2017, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about May 12, 2018, at or near Nogales, Arizona, in the District of Arizona, Pablo CEBALLOS-Bojorquez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Pablo CEBALLOS-Bojorquez is a citizen of Mexico. On August 28, 2017, Pablo CEBALLOS-Bojorquez was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On May 14, 2018, agents found Pablo CEBALLOS-Bojorquez in the United States at or near Nogales, Arizona. Pablo CEBALLOS-Bojorquez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about May 14, 2018, agents found Pablo CEBALLOS-Bojorquez in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Pablo CEBALLOS-Bojorquez admitted to illegally entering the United States of America from Mexico on or about May 12, 2018, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 05/16/2018

at Tucson, Arizona

John OConnor, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/16/2018

**Lynnette C. Kimmins**
**United States Magistrate Judge**