# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-26828MJ-001-TUC -LCK |
| Plaintiff, | **ORDER** |
| v. | |
| Pablo Ceballos-Bojorquez | |
| Defendant. | |

On motion of the United States of America, good cause having been shown,

IT IS ORDERED:

That the complaint against the defendant is DISMISSED WITHOUT PREJUDICE.

Dated this 8th day of June, 2018.

Honorable Lynnette C. Kimmins
United States Magistrate Judge

Cc: USM